UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:08CR142-FDW |
| | ) | |
| v. | ) | **ORDER OF DISMISSAL** |
| | ) | |
| ANGELICA JUDITH XOQUIC-DE RAMIREZ | ) | |

Leave of Court is hereby granted for the dismissal with prejudice of the Bill of Indictment.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office and the United States Attorney's Office.

SO ORDERED.

Signed: July 14, 2008

Frank D. Whitney
United States District Judge